U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 5, 2022

**By ECF**

The Honorable Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

      Re:    *Binns-Harty-Bolt v. McDonough,* 21 Civ. 7276 (PAE) (BCM)

Dear Judge Moses:

      This Office represents Denis McDonough, in his official capacity as Secretary of Veterans Affairs (the "Government") in the above-referenced employment discrimination action brought by *pro se* plaintiff Rinella C. Binns-Harty-Bolt ("Plaintiff"). The Government writes respectfully to request a 30-day adjournment of the initial conference currently scheduled for May 12, 2022 (ECF No. 36), as well as a 30-day extension of the Government's time to file its response to Plaintiff's Third Amended Complaint.[1]

      The reason for this request is that the Government needs additional time to gather information relevant to Plaintiff's complaint to be prepared to discuss the issues in the case, any potential motions to dismiss or on the pleadings, as well as the scope and timeline for discovery—as required by Your Honor in advance of the initial conference. (ECF No. 36.) In addition, the Government will need additional time to prepare its response to Plaintiff's complaint.

      The Government respectfully requests that the initial conference be adjourned from May 12, 2022, to June 10, 2022, or to a date thereafter convenient to the Court, and that the Government's time to respond to the Third Amended Complaint be extended from June 7, 2022, to July 7, 2022. This is the Government's first request for an adjournment of the initial conference and for an extension of time to respond to Plaintiff's complaint. Plaintiff consents to the requested adjournment and extension.

---

[1] Plaintiff's Third Amended Complaint was served on the Government on April 8, 2022, and the Government's response is therefore due by June 7, 2022. *See* Fed. R. Civ. P. 12(a)(2).

We thank the Court for its consideration of this request.

                                       Respectfully,

                                       DAMIAN WILLIAMS
                                       United States Attorney
                                       Southern District of New York

                      By:    */s/ David Farber*
                              DAVID E. FARBER
                              Assistant United States Attorney
                              86 Chambers Street, Third Floor
                              New York, New York 10007
                              Tel.: (212) 637-2772
                              Email: david.farber@usdoj.gov

CC: Rinella C. Binns-Harty-Bolt
     145 4th Avenue
     Apartment 4C
     Manhattan, NY 10003

     (by certified mail)

---

Application GRANTED. The initial case management conference scheduled for May 12, 2022, is hereby ADJOURNED to **June 15, 2022, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
May 5, 2022