UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/06/2023
```

RINELLA BINNS-HARTY-BOLT,

        Plaintiff,

-against-

DENIS R. MCDONOUGH, Secretary,
Department of Veterans Affairs,

        Defendant.

21-CV-7276 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The status conference scheduled for January 10, 2023 at 10:00 a.m. is adjourned *sine die*.

    Although *pro bono* counsel has appeared for the limited purpose of settlement negotiations (Dkt. 65), the Court has been informed that a mediation will not take place until mid-February. No later than **January 13, 2023**, the parties shall advise the Court whether they seek a stay of the action (which would hold in abeyance the Court's consideration of the pending motion to dismiss as well as all discovery deadlines) pending the outcome of the mediation.

Dated: New York, New York
         January 6, 2023

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge