DAMIAN WILLAMS
United States Attorney for the
Southern District of New York
By:   DANA WALSH KUMAR
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2741
Email: dana.walsh.kumar@usdoj.gov

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

RINELLA BINNS-HARTY-BOLT,

    Plaintiff,

v.

DENIS R. MCDONOUGH, Secretary,
Department of Veterans Affairs,

    Defendant.

No. 21 Civ. 7276 (PAE) (BCM)

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendant Denis R. McDonough's Partial Motion to Dismiss the Complaint and the Declaration of Dana Walsh Kumar and accompanying exhibits attached thereto (ECF Nos. 48, 49) (the "Motion"), Defendant, by his attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court for an order dismissing plaintiff's hostile work environment claim and any claims that were not pleaded in the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Plaintiff submitted an affirmation and opposition to the Motion on August 15, 2022 (ECF Nos. 52, 53), and Defendant filed a reply memorandum of law on August 29, 2022 (ECF No. 55).  The Motion therefore is fully briefed and has been referred to the Magistrate Judge.  *See* ECF No. 54.

Dated: November 29, 2023
       New York, New York

                                              DAMIAN WILLIAMS
                                              United States Attorney for the
                                              Southern District of New York
                                              *Attorney for Defendant*

                          By:    /s/ *Dana Walsh Kumar*
                                              DANA WALSH KUMAR
                                              Assistant United States Attorney
                                              86 Chambers Street, 3rd Floor
                                              New York, New York 10007
                                              Tel.: (212) 637-2741
                                              E-mail: Dana.Walsh.Kumar@usdoj.gov

---

Defendant's motion is deemed filed on November 29, 2023, is fully briefed, and is taken under submission. The Clerk of Court is respectfully directed to terminate the earlier notice of motion at Dkt. 47. SO ORDERED.

*/s/ Barbara Moses*

Barbara Moses
United States Magistrate Judge
November 30, 2023