UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RINELLA BINNS-HARTY-BOLT,

        Plaintiff,

-against-

DENIS R. MCDONOUGH, Secretary, Department of Veterans Affairs,

        Defendant.

21-CV-7276 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For reasons stated on the record during the November 28, 2023 case management conference, to the extent plaintiff seeks leave to file a pre-discovery motion for summary judgment (*see* Dkt. 92), that motion is premature. Consequently, leave is DENIED without prejudice to renewal after discovery is complete.

Dated: New York, New York
       December 5, 2023

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**