```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/13/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RINELLA BINNS-HARTY-BOLT,

        Plaintiff,

   -against-

DENIS R. MCDONOUGH, Secretary, Department of Veterans Affairs,

        Defendant.

21-CV-7276 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties during today's status conference, the Amended Case Management Order (Dkt. 89) is further amended as follows:

1. <u>Plaintiff's Disclosures</u>. No later than **May 20, 2024**, plaintiff shall produce her complete federal tax returns for the years 2015 through 2023, as well as the statements provided to her by potential witnesses, as discussed at today's conference.

2. <u>Deposition of Plaintiff</u>. The deposition of plaintiff Binns-Harty-Bolt will take place remotely, via videoconference, on **May 24 and May 31, 2024**, beginning at **10:00 a.m.** each day. Plaintiff shall not be required to testify for more than 3.5 hours each day, and may request breaks at reasonable intervals. Plaintiff's friend Nancy Cosie may attend the deposition for moral support, but may not participate or interfere in the proceeding in any way. By way of example, Ms. Cosie may not speak during the deposition; may not discuss plaintiff's testimony with her during breaks; and may not otherwise influence or attempt to influence plaintiff's testimony, including during breaks.

3. <u>Defendant's Remaining Depositions</u>. If defendant wishes to conduct depositions of any fact witnesses beyond plaintiff, it must do so no later than **July 19, 2024**. Defendant's deadline to complete its fact depositions is EXTENDED to **July 19, 2024**, for this purpose.

4. <u>Plaintiff's Depositions</u>. Plaintiff has advised the Court that she wishes to conduct a number of fact depositions. Her deadline to do so is ADJOURNED *sine die*. A separate order will issue directing the Clerk of Court to seek *pro bono* counsel to enter a limited appearance on behalf of plaintiff for the purpose of representing her in those depositions.

5. <u>Defendant's Discovery Responses</u>. Defendant is not required to reply to plaintiff's current set of requests for admission (RFAs). (*See* Dkt. 96-2.) Plaintiff may serve

a revised set of RFAs, in accordance with Fed. R. Civ. P. 36(a)(1), no later than 30 days prior to the close of all fact discovery.

6. <u>Expert Discovery</u>. The parties' deadlines to complete expert discovery are adjourned *sine die*.

7. <u>Status Conference</u>. Judge Moses will conduct a status conference on **July 31, 2024, at 10:00 a.m.,** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **July 24, 2024** – after consulting with plaintiff – defendant shall submit a status letter outlining the progress of discovery and settlement to date and explaining whether adjustments to the expert discovery schedule are warranted.

8. <u>Discovery Materials</u>. Plaintiff is reminded that discovery requests and responses should not be submitted to the Court until and unless they become relevant to a motion or other matter requiring a judicial decision.

Dated: New York, New York
May 13, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**