```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RINELLA BINNS-HARTY-BOLT,

           Plaintiff,

-against-

DENIS R. MCDONOUGH, Secretary, Department of Veterans Affairs,

           Defendant.

21-CV-7276 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received defendant's letter-motion (Def. Ltr.) (Dkt. 100) requesting that it modify its May 13, 2024 Order (May 13 Order) (Dkt. 99) to "state that [plaintiff's neighbor] Ms. Cosie (or any other person) is not allowed to be present with Plaintiff" during the second half of plaintiff's deposition, which is scheduled to take place on May 31, 2024. Def. Ltr. at 1. Defendant reports that during the first half of plaintiff's deposition, on May 24, 2024, she discussed her testimony with Ms. Cosie during the lunch break, in violation of the May 13 Order. *Id.*

This is a serious matter. The Court will hold a telephone conference concerning defendant's letter-motion on **May 30, 2024, at 12:00 p.m.** A few minutes before the scheduled conference, the parties must call **(888) 557-8511** and enter the access code **7746387**. Upon receipt of this order, defendant is directed to promptly serve a copy on plaintiff by email.

Dated: New York, New York
      May 29, 2024

SO ORDERED,

_____
**BARBARA MOSES**
**United States Magistrate Judge**