UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RINELLA BINNS-HARTY-BOLT,

        Plaintiff,

-against-

DENIS R. MCDONOUGH, Secretary, Department of Veterans Affairs,

        Defendant.

21-CV-7276 (PAE) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2024

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed on the record during today's conference, the Court DENIES defendant's letter-application (Dkt. 100) to prohibit the attendance of Ms. Cosie at plaintiff's renewed deposition tomorrow, for moral support. However, the Court expects strict compliance with ¶ 2 of its May 13, 2024 Order (Dkt. ¶ 99), which states, as relevant here, that Ms. Cosie "may not participate or interfere in the proceeding in any way," and in particular "may not speak during the deposition; may not discuss plaintiff's testimony with her during breaks; and may not otherwise influence or attempt to influence plaintiff's testimony, including during breaks." Plaintiff is reminded that the May 13 Order prohibits (for example) any advice by Ms. Cosie, during breaks, concerning how plaintiff should handle deposition questions.

    Because it appears to the Court that this line was crossed during the first session of plaintiff's deposition, it is hereby ORDERED that plaintiff shall keep her camera and microphone on during breaks in tomorrow's deposition.  It is further ORDERED that defendant's counsel may ask plaintiff to pan her camera around the room at the beginning of the deposition and at reasonable intervals thereafter, to ensure that no unauthorized persons are present.

    Upon receipt of today's Order, defendant is directed to promptly serve a copy on plaintiff by email.

    The Clerk of Court is respectfully directed to close the motion at Dkt. 100.

Dated: New York, New York
       May 30, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**