John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Mamie Stathatos-Fulgieri
Dylan Braverman
Kiki Chrisomallides*
Scott A. Singer
Gregg D. Weinstock*** ■ ∷
Adam S. Covitt **
Megan A. Lawless‡
Ralph Vincent Morales

Kevin D. Porter
Susan Vari
Brian Andrews
Edward J. Arevalo
Robert Boccio
Dawn Bristol
Gilbert H. Choi
Joshua R. Cohen
Charles K. Faillace ±

Danielle M. Hansen
Matthew J. Hier ■
Anna Hock
Thomas Jaffa
Gemma Kenney ***
Douglas Langholz
Timothy P. Lewis ¤
Jennifer M. Lobaito *
Rosemary E. Martinson*
Neil Mascolo, Jr.
Adonaid Medina*
Michael Milchan
Joseph P. Muscarella
Miles S. Reiner
Bhalinder L. Rikhye
Michael J. Ryan ‡
Matthew Shindell ‡
Tammy A. Trees
Nicole M. Varisco *
Arthur I. Yankowitz**

Allen Alex †
Danielle M. Barfield ¤
Zachary Benoit
Sabrina Bernstein †
Giovanna N. Bizzarro †
Theresa A. Bohm
Angela R. Bonica *
Kelly Bronner
Raymond Farrell *
Tyler M. Fiorillo
Jamie Gewurz
Erisa Gjini ●
Andrew M. Hansen ●
Lauren P. Ingvoldstad†
Delaney Jones ●
Courtney Kennedy †
Rachel McGarry †
Jeremy Moldovan †
Alexandra Nieto
Kayla Nieves *
Daniel O'Connell * ■
Kara Ognibene * ■
Samantha Panny
Gunjan Persaud
Emily Phillips *
Alesha N. Powell * **
Veronika Tadros
Jesse Wang ‡
Tyler Weingarten ‡
Christopher Wood †

Samuel Youssof --
Alexandra Zerrillo * **
Spiridoula Zolotas †

*Of Counsel*
Brian DiPentima*
Tricia M. Criscito
Roseann V. Driscoll
Taryn M. Fitzgerald
Joseph D. Furlong
Rani B. Kulkarni
Nicole E. Martone
Christian McCarthy
Seema Palmerson
Bonnie LS. Parente
Carolyn Rankin
Nicole C. Salerno *
Valerie L. Siragusa
Gonzalo Suarez
Karolina Wiaderna

\* Also Admitted to Practice in NJ
\*\* Also Admitted to Practice in CT
\*\*\* Also Admitted to Practice in NJ, CT, DC
-- Admitted to Practice in NJ
● Admitted to Practice in PA
■ Also Admitted to Practice in FL
‡ Also Admitted to Practice in NJ and PA
± Also Admitted to Practice in MA
¤ Admitted in FL
∆ Also Admitted to Practice in Ohio
† Admission Pending



October 16, 2024

**<u>Via ECF</u>**
Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    Rinella C. Binns-Harty-Bolt v. Denis McDonough, et al.
                Docket No. 1:21-cv-07276-PAE-BCM

Dear Judge Engelmayer:

      I am an Associate with the law firm of Barker Patterson Nichols, LLP. Please accept this correspondence as a letter motion, pursuant to Local Civil Rule 1.4, to withdraw my representation in the above-referenced matter.

      Prior to December 2023, I was an Associate at Catalano Gallardo & Petropoulos, LLP, counsel for the defendant Alan Wolin, who was terminated from the case on January 31, 2022 by plaintiff's filing of the Third Amended Complaint. As I am no longer an Associate with Catalano Gallardo & Petropoulos, LLP and Mr. Wolin is no longer a defendant in the above-referenced matter, I am respectfully requesting that the Court issue an Order permitting my withdrawal in this case.

      Thank you for your consideration of this request. If any additional information is required, please do not hesitate to contact me at a.nieto@bpn.law or 516-421-6024.

                                                     Respectfully submitted,

                                                     Alexandra N. Nieto

**300 Garden City Plaza • Suite 100 • Garden City, New York 11530 • Phone: (516) 282-3355 • Fax: (516) 908-4960**

*Office Locations in*   WESTCHESTER   MANHATTAN   NEW JERSEY   CONNECTICUT   FLORIDA   PENNSYLVANIA