

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2025

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

**MEMO ENDORSED**

January 27, 2025

**By ECF**
The Honorable Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Binns-Harty-Bolt v. Hunter*[1], 21 Civ. 7276 (PAE) (BCM)

Dear Judge Moses:

      This Office represents Todd Hunter, in his official capacity as Acting Secretary of Veterans Affairs (the "Government"), in the above-referenced employment discrimination action brought by *pro se* plaintiff Rinella C. Binns-Harty-Bolt ("Plaintiff").  I am writing to respectfully request an adjournment of the settlement conference currently scheduled on February 19, 2025.

      The reason for this request is that I was recently assigned to a case that is scheduled for a trial before Judge Rochon during the week of February 18, 2025, including on February 19, 2025. I have consulted with *pro bono* counsel for Plaintiff, and Plaintiff consents to this adjournment and all parties are available on March 19 or 20, 2025, if either of those dates is convenient for the Court.

      I thank the Court for its attention to this matter and consideration of this request.

Respectfully,

DANIELLE R. SASSOON
United States Attorney
Southern District of New York

By:   */s/ Dana Walsh Kumar*
DANA WALSH KUMAR
Assistant United States Attorney
Tel.: (212) 637-2741
Email: dana.walsh.kumar@usdoj.gov

Application GRANTED. The settlement conference scheduled for February 19, 2025, is hereby ADJOURNED to **March 19, 2025, at 2:15 p.m.** The parties must submit their Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt. 127 ¶¶ 3, 4) no later than **March 12, 2025**. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
January 28, 2025

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Secretary Todd Hunter is automatically substituted as a party for former Secretary Denis McDonough.

CC: Rinella C. Binns-Harty-Bolt
  145 4th Avenue
  Apartment 4C
  New York, NY 10003
  (by certified mail and email)

*Pro bono* counsel
(via ECF)