# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Richard W. Mark
Direct: +1 212.351.3818
Fax: +1 212.351.5338
RMark@gibsondunn.com

April 17, 2025

VIA ECF

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Binns-Harty-Bolt v. McDonough*, **21 Civ. 7276 (PAE) (BCM)**

Dear Judge Engelmayer:

We represent plaintiff Rinella C. Binns-Harty-Bolt in the above-referenced action regarding settlement and mediation. We are writing to respectfully request a two-week extension of the deadline to submit a settlement agreement (from April 18, 2025 to May 2, 2025), and the concomitant deadline for an application to reopen the case. We have discussed this application with counsel for the United States, and the government has no objection to the requested extension. This is the parties' first request for an extension of these deadlines.

The parties would appreciate having additional time to finalize the written agreement and allow for necessary consultations. We thank the Court for its attention to this matter and consideration of this request.

Sincerely,

*s/ Richard Mark*

Richard W. Mark

cc: All counsel of record (via CM-ECF)

GRANTED.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Date: April 21, 2025